# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:10-cv-11152-GAO

| | |
|---|---|
| MICHAEL A. CELI<br>             Plaintiff,<br><br>v<br><br>TRUSTEES OF PIPEFITTERS LOCAL 537 PENSION PLAN and THE PIPEFITTERS LOCAL 537 PENSION PLAN<br>             Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT STATEMENT OF THE PARTIES
## LR RULE 16.1 SCHEDULING CONFERENCE

Through counsel, the parties have conferred and submit this Joint Statement to the trial court in accordance with the Notice of Scheduling Conference issued July 30, 2010.

**Proposed Agenda for the Scheduling Conference:**

The parties believe that few material facts are likely to be in dispute in this case and that expedited discovery is in order. Accordingly, the parties propose that the Agenda for this conference should focus on establishing an expedited discovery and early trial schedule.

**Proposed Discovery Schedule**:

*Non expert* discovery to be completed by January 31, 2011. To meet this schedule, all interrogatories and requests for production must be served on or before December 17, 2010. Similarly, all notices of depositions and deposition subpoenas will be served on or before December 17, 2010. Each party shall be limited to *four* non expert deposition witnesses.

The parties do not believe *Expert* discovery will be required.

**Summary Judgment Schedule**:

Summary judgment motions under Fed.R.Civ.P. 56 shall be served and filed not later than May 14, 2011.

**Final Pretrial Conference**:

The parties request a final pretrial conference, if required, not later than September 30, 2011.

**Trial By Magistrate Judge**:

Plaintiff consents to trial before C.M.J. Dein.

Defendants _____ .

**Settlement Proposal**:

Plaintiff, Michael A. Celi has presented a settlement proposal to the Defendants that is consistent with the relief sought in the Complaint.

**Joint Certification**:

Each party and counsel certify that each party and that party's counsel have conferred and discussed a budget for litigation, the cost of litigation, and alternatives to

litigation. Further, each party and that party's counsel have considered alternative dispute resolution.

/s/ Michael A. Celi
Michael A. Celi, Plaintiff

/s/ Edward J. Dailey
Edward J. Dailey, counsel to the Plaintiff

/s/ Christopher N. Souris
Christopher N. Souris, counsel to Defendants

September 27, 2010

Respectfully submitted,

Michael A. Celi,
By his Attorneys,

   /s/ Edward J. Dailey

Edward J. Dailey (BBO no.112220)
SUNSTEIN KANN MURPHY & TIMBERS LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Fax: (617) 443-0004
edailey@sunsteinlaw.com

Trustees of Pipefitters Local 537 Pension Plan and
Pipefitters Local 537 Pension Plan,
By their Attorneys,

   /s/ Christopher N. Souris

Christopher N. Souris (BBO.no. 556343)
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, Massachusetts 02114
(617).723.8440
Fax: (617).723.8443
csouris@krakowsouris.com

01940/00501 1314426.1

**CERTIFICATE OF SERVICE**

I certify that one copy of this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court on all Registered Participants identified in the Notice of Electronic filing.

/s/ Edward J. Dailey

Edward J. Dailey
September 27, 2010